Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2196 | **DATE** | 5/28/2009 |
| **CASE TITLE** | CANNATA, et al. Vs. FOREST PRESERVE DIST. OF DU PAGE COUNTY, et al. | | |

**DOCKET ENTRY TEXT**

Fairness hearing held. The Court approves the settlement. Enter Final Approval Order and Judgment of Dismissal. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JHC |
|---|---|---|
|  | | |